```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 05 B 35163
   DAVID A GONZALEZ
                                                   CHAPTER 13

                                                   JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2968


-------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/02/05 and confirmed on 02/17/06.

     2.  The case was dismissed after confirmation, 05/16/2008.

     3.  The Debtor paid a total of $  11925.40 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST       PRINCIPAL
                                                          PAID           PAID
-------------------------------------------------------------------------------
HEMLOCK FEDERAL BANK       CURRENT MORTG        .00           .00              .00
CITY OF WAUKEGAN           SECURED              .00           .00              .00
FIA CARD SERVICES          UNSECURED      NOT FILED           .00              .00
CACV OF COLORADO           UNSECURED      NOT FILED           .00              .00
CAPITAL ONE FINANCIAL      UNSECURED      NOT FILED           .00              .00
CAPITAL ONE BANK           UNSECURED         3378.27        60.13          1239.74
CAPITAL ONE BANK           UNSECURED          904.83        16.80           327.93
RESURGENT CAPITAL SERVIC   UNSECURED         5044.92        89.78          1853.47
RESURGENT CAPITAL SERVIC   UNSECURED         6794.51       120.76          2484.66
ROUNDUP FUNDING LLC        UNSECURED         1893.78        35.18           689.84
ROUNDUP FUNDING LLC        UNSECURED         5943.78       105.99          2193.04
PEOPLES GAS                UNSECURED             .00           .00              .00
SBC AMERITECH              UNSECURED      NOT FILED           .00              .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                 SECURED      PRIORITY     UNSECURED       OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00          .00       23960.09         .00       23960.09
PRINCIPAL PAID       .00          .00        8788.68         .00        8788.68
INTEREST PAID        .00          .00         428.64         .00         428.64
TOTAL PAID           .00          .00        9217.32         .00        9217.32
The Debtor's attorney, DAVID M SIEGEL                  , was allowed $    2700.00
and was paid $    456.00  direct and $    2244.00  through the plan.

The Trustee received $     464.08 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 08/19/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```